UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **PETER DEAN** | \* | **CIVIL ACTION NO. 5:19-CV-001567** |
| **VERSUS** | \* | **CHIEF DISTRICT JUDGE HICKS** |
| **POWERTECH MARINE, INC. & CHARLES STEVEN POWERS, INDIVIDUALLY** | \* | **MAGISTRATE JUDGE HORNSBY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF, PETER DEAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOW INTO COURT**, comes Joseph W. Greenwald, Jr., counsel for Plaintiff, PETER DEAN, who respectfully moves this Court for an order allowing him to withdraw as counsel of record.

A conflict of interest has arisen between counsel and Plaintiff which cannot be resolved and which prevents counsel from providing further representation.

The undersigned counsel has notified Plaintiff of all deadlines and there are no pending court appearances.

**WHEREFORE**, Joseph W. Greenwald, Jr., as counsel for Plaintiff, PETER DEAN, prays that this Motion be granted and that he be allowed to withdraw as counsel of record.

                Respectfully submitted,

                GREENWALD LAW FIRM, L.L.C.

BY:   s/ Joseph W. Greenwald, Jr.
        Joseph W. Greenwald, Jr., Bar No. 25402
        7591 Fern Avenue, Suite 1901
        Shreveport, Louisiana 71105
        (318) 219-7867 (Telephone)
        (318) 219-7869 (Facsimile)
        joey@shreveportlawyer.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE**

**I HEREBY CERTIFY** that the Motion to Withdraw Counsel was filed electronically with the Clerk of Court using the CM/ECF System. Notice of this filing will be sent to opposing counsel, by operation of the Clerk's electronic filing system.

**I FURTHER CERTIFY** that, pursuant to *Local Rule 83.2.11,* Plaintiff has been notified of all deadlines and there are no pending court appearances, via certified mail to the Plaintiff and Opposing Counsel.

In accordance with *Local Rule 83.2.11,* Plaintiff's address and telephone number:

Peter Dean
422 Mount Vernon Road
Monroe, GA 30655
(770) 267-9425

Shreveport, Louisiana, this 31st day of July, 2021.

s/ Joseph W. Greenwald, Jr.
Joseph W. Greenwald, Jr.