## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **PETER DEAN** | \* | **CIVIL ACTION NO. 5:19-CV-001567** |
| **VERSUS** | | |
| | \* | **CHIEF DISTRICT JUDGE HICKS** |
| **POWERTECH MARINE, INC. & CHARLES STEVEN POWERS, INDIVIDUALLY** | \* | **MAGISTRATE JUDGE HORNSBY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONSIDERING** the foregoing Motion to Withdraw as Counsel of Record for Plaintiff, PETER DEAN:

**IT IS HEREBY ORDERED** that the Motion is GRANTED, and that Joseph W. Greenwald, Jr., is withdrawn as counsel of record for Plaintiff, PETER DEAN.

**THUS DONE AND SIGNED**, in Chambers, Shreveport, Caddo Parish, Louisiana, this _____ day of _____, 2021.

_____
JUDGE